# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

**IN RE: Charles Patrick Taylor**                                   Case No. 17-51010

**DEBTOR**                                                          Chapter 7

## AFFIDAVIT

Comes now Mark Zoolalian, counsel for Debtor, and states as follows:

With respect to the discrepancy between the voluntary petition [Doc 1] and the information entered into the ECF system, the voluntary petition is correct.

Counsel failed to enter the alias "Charles Taylor Consulting" with EIN 47-2839145 into the ECF system.

/s/ Mark Zoolalian
400 S. Main St.
Nicholasville, KY 40356
859-296-0776
859-296-0770 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of this document was served upon all creditors listed in the petition on May 15, 2017.

/s/ Mark Zoolalian